## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TRAVIS COKER,<br><br>               Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND TRANS UNION LLC,<br><br>               Defendants. | Case No.: 1:21-cv-02055-TWT-RDC<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

      NOTICE IS HEREBY GIVEN that Plaintiff Travis Coker and Defendant Experian Information Solutions, Inc. ("Experian") have settled all claims between them. The parties are in the process of completing the final settlement documents and the appropriate documents to dismiss are expected to be filed within sixty (60) days of today. Plaintiff requests that the Court vacate all pending deadlines in this matter as to Experian only. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

RESPECTFULLY SUBMITTED this 28th day of July 2021,

> By: /s/ *Jenna Dakroub*
> Jenna Dakroub, GA # 385021
> **PRICE LAW GROUP, APC**
> 8245 N. 85th Way
> Scottsdale, AZ 85258
> T: (818) 600-5513
> F: (818) 600-5413
> E: jenna@pricelawgroup.com
> *Attorney for Plaintiff*
> *Travis Coker*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

> PRICE LAW GROUP, APC
> */s/ Brianna Frohman*