# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TRAVIS COKER,<br><br>  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND TRANS UNION LLC,<br><br>  Defendants. | Case No.: 1:21-cv-02055-TWT-RDC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY** |

Please take notice that Plaintiff Travis Coker, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses with prejudice this action against Defendant Trans Union LLC. Voluntary dismissal with prejudice is proper without a court order because there has been no Answer or responsive pleading filed.

///

1

RESPECTFULLY SUBMITTED this 14th day of September 2021,

**PRICE LAW GROUP, APC**

By: /s/ *Jenna Dakroub*
Jenna Dakroub, GA # 385021
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5513
F: (818) 600-5413
E: jenna@pricelawgroup.com
*Attorney for Plaintiff*
*Travis Coker*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

PRICE LAW GROUP, APC
*/s/ Brianna Frohman*