# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TRAVIS COKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No.:   1:21-cv-02055-TWT-RDC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Travis Coker and Defendants Experian Information Solutions, Inc. ("Experian"), and Equifax Information Services, LLC ("Equifax") by and through undersigned counsel, hereby stipulate that all claims against Experian Only, shall be dismissed with prejudice.

///

1

Respectfully submitted this 22nd day of September 2021,

| | |
|---|---|
| By: *s/ Andrew M. Ellis*<br>Andrew M. Ellis<br>Georgia Bar No. 536041<br>JONES DAY<br>1221 Peachtree Street, N.E., Suite 400<br>Atlanta, GA 30361<br>Telephone: (404) 581-8721<br>Facsimile: (404) 581-8330<br>aellis@jonesday.com<br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* | By: */s/ Jenna Dakroub*<br>Jenna Dakroub, GA # 385021<br>Price Law Group, APC<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>T: (818) 600-5513<br>F: (818) 600-5413<br>E: jenna@pricelawgroup.com<br>*Attorney for Plaintiff*<br>*Travis Coker* |

By: *s/ Kearstin H. Sale*
Kearstin Harumi Sale, Bar No. 650510
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E. Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
ksale@seyfarth.com
*Counsel for Defendant*
*Equifax Information Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22nd, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

PRICE LAW GROUP, APC

*/s/ Brianna Frohman*