## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TRAVIS COKER,<br><br>                        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND TRANS UNION LLC,<br><br>                        Defendants. | Case No.:   1:21-cv-02055-TWT-RDC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Travis Coker and Defendant Equifax Information Services, LLC ("Equifax") by and through undersigned counsel, hereby stipulate that all claims against Equifax shall be dismissed with prejudice.

Respectfully submitted this 13th day of October 2021,

By: *s/ Kearstin H. Sale*
Kearstin Harumi Sale, Bar No. 650510
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E. Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
ksale@seyfarth.com
*Counsel for Defendant*
*Equifax Information Services, LLC*

By: /s/ *Jenna Dakroub*
Jenna Dakroub, GA # 385021
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5513
F: (818) 600-5413
E: jenna@pricelawgroup.com
*Attorney for Plaintiff*
*Travis Coker*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13th, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

PRICE LAW GROUP, APC

*/s/ Brianna Frohman*